IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDOLPH BROWN,

        Plaintiff,                  No. CIV 2:11-cv-2848-JFM (C)

    vs.

L-1 SECURE CREDENTIALING, INC., *et al.*,

        Defendants.            <u>ORDER</u>

_____/

        This action has been reassigned to the undersigned pursuant to the parties' consent to proceed before the undersigned for all purposes.  <u>See</u> 28 U.S.C. § 636(c).  The parties have filed status reports concerning the scheduling of this action.  Upon consideration of the status reports on file in this action, THE COURT ORDERS AS FOLLOWS:

        1.  The parties shall exchange lists of expert witnesses no later than ninety days prior to trial date.  Fed. R. Civ. P. 26(a)(2)(C).

        2.  Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by September 13, 2012.

        3.  Dispositive motions shall be noticed to be heard by October 11, 2012.

/////

1

4. The pretrial conference is set for November 15, 2012 at 1:30 p.m. in courtroom # 26. Pretrial statements shall be filed pursuant to Local Rule 16-281.

5. Jury trial of this matter is set for December 10, 2012 at 10:00 a.m. in courtroom #26 before the undersigned. The parties shall file trial briefs pursuant to Local Rule 16-285. The parties estimate trial will last between five to seven days.

DATED: February 16, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;brow2848.so