IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDOLPH BROWN,

        Plaintiff,                  No. CIV 2:11-cv-2848-JFM (C)

    vs.

L-1 SECURE CREDENTIALING, INC., *et al.*,

        Defendants.              ORDER

_____/

        Pending before the court is defendants' request for clarification as to the February 17, 2012 scheduling order. Specifically, defendants seek clarification as to whether the trial that is scheduled in this case for December 10, 2012 is a jury trial or a bench trial. Defendants correctly point out that plaintiff did not make a jury demand in state court, see Fed. R. Civ. P. 81(c)(3)(A); within 14 days of removal of this action to this court, see Fed. R. Civ. P. 81(c)(3)(B); or in his January 17, 2012 status report, see Doc. No. 11 at 4.

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that the February 17, 2012 scheduling
2  order is amended to reflect that the December 10, 2012 trial will be a bench trial.  The
3  scheduling order shall otherwise remain unchanged.
4  DATED: August 9, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;brow2848.jo