IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDOLPH BROWN,

      Plaintiff,                No. CIV 2:11-cv-2848-JFM (C)

    vs.

L-1 SECURE CREDENTIALING, INC., *et al.*,

      Defendants.            <u>ORDER</u>

_____/

      Pending before the court is defendants' request for clarification as to the February 17, 2012 scheduling order. Specifically, defendants seek clarification as to whether the trial that is scheduled in this case for December 10, 2012 is a jury trial or a bench trial. Defendants correctly point out that plaintiff did not make a jury demand in state court, <u>see</u> Fed. R. Civ. P. 81(c)(3)(A); within 14 days of removal of this action to this court, <u>see</u> Fed. R. Civ. P. 81(c)(3)(B); or in his January 17, 2012 status report, <u>see</u> Doc. No. 11 at 4.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the February 17, 2012 scheduling order is amended to reflect that the December 10, 2012 trial will be a bench trial. The scheduling order shall otherwise remain unchanged.

DATED: August 9, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;brow2848.jo